# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MIKE MIKHA NAGARA,<br><br>   Defendant. | Case No. 2:18-cr-00103-JAD-CWH<br><br>**ORDER**<br><br>ECF No. 28 |

   IT IS THEREFORE ORDERED that the reply currently due on Monday, July 27, 2020, be filed and continued to Monday, August 3, 2020.

   DATED this 27th of July 2020.

                                  _____
                                  UNITED STATES DISTRICT JUDGE

3